**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 96-7704**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

CHARLES EDWARD RANCHER,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Northern Dis-
trict of West Virginia, at Elkins.  Robert Earl Maxwell, Senior
District Judge.  (CR-89-268, CA-96-31-5)

_____

Submitted:  April 17, 1997          Decided:  April 29, 1997

_____

Before NIEMEYER and WILLIAMS, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Charles Edward Rancher, Appellant Pro Se.  Robert H. McWilliams,
Jr., Assistant United States Attorney, Wheeling, West Virginia, for
Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>United States v. Rancher</u>, Nos. CR-89-268; CA-96-31-5 (N.D.W. Va. Oct. 16, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>